Commonwealth ex rel. Blau *v.* Blau, Appellant.

468

Argued September 11, 1962. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*S. Frank Laveson,* for appellant.

*Jay H. Rosenfeld,* with him *Rosenfeld and Carter,* for appellee.

OPINION PER CURIAM, November 15, 1962:
The order of the court below is affirmed on the opinion of Judge BOYLE of the County Court of Philadelphia, as reported in 28 Pa. D. & C. 2d 535.